# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: MEGAN L. STEPHENS              §      Case No. 07-72751
      ERIC J. STEPHENS              §
                                             §
              Debtors               §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2007.

2) The plan was confirmed on 08/22/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/04/2008.

5) The case was converted on 04/10/2009.

6) Number of months from filing or conversion to last payment: 16.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,100.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 6,509.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 6,509.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 465.19 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,965.19 |
| Attorney fees paid and disclosed by debtor: | $ 299.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BARRICK SWITZER LONG ET AL | Lgl | 3,500.00 | 3,799.00 | 3,799.00 | 3,500.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,500.00 | 4,539.28 | 4,539.28 | 2,543.81 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 355.65 | 355.65 | 0.00 | 0.00 |
| AFNI | Uns | 258.39 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 672.02 | 627.02 | 627.02 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Uns | 732.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Uns | 197.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 625.19 | 625.19 | 625.19 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 793.00 | 411.38 | 411.38 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 109.96 | 112.95 | 112.95 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 358.00 | 358.94 | 358.94 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,250.00 | 1,361.91 | 1,361.91 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 2,793.00 | 3,074.84 | 3,074.84 | 0.00 | 0.00 |
| CITIZENS FIRST NATIONAL BANK | Uns | 735.41 | NA | NA | 0.00 | 0.00 |
| CITIZENS FIRST NATIONAL BANK | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| COMCAST - CHICAGO SECONDS | Uns | 167.27 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTIONS ASSOC. | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| DFS SERVICES LLC | Uns | 1,707.00 | 1,707.46 | 1,707.46 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| H & R ACCOUNTS, INC. | Uns | 603.15 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 1,451.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 552.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 863.00 | NA | NA | 0.00 | 0.00 |
| LARRY STEPHENS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Uns | 792.34 | 1,270.85 | 1,270.85 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 833.00 | 817.68 | 817.68 | 0.00 | 0.00 |
| MRC RECEIVABLES CORPORATION | Uns | 1,244.31 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| B-REAL LLC | Uns | 713.34 | 539.61 | 539.61 | 0.00 | 0.00 |
| OXFORD MANAGEMENT SERVICES | Uns | 599.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Uns | 670.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 863.00 | 863.49 | 863.49 | 0.00 | 0.00 |
| RJM ACQUISITIONS, LLC | Uns | 1,451.36 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS, LLC | Uns | 102.10 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNT MANAGEMENT | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 25.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| RRCA ACCOUNT MANAGEMENT | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 237.00 | 237.86 | 237.86 | 0.00 | 0.00 |
| WFNNB / EXPRESS | Uns | 627.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Uns | 0.00 | 732.30 | 732.30 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 406.57 | 406.57 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,500.00 | 1,758.91 | 1,758.91 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 1,451.36 | 1,451.36 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 552.49 | 552.49 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 4,539.28 | $ 2,543.81 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 4,539.28 | $ 2,543.81 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,291.46 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,965.19 |
| Disbursements to Creditors | $ 2,543.81 |
| **TOTAL DISBURSEMENTS:** | $ 6,509.00 |

UST Form 101-13-FR-S (4/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/27/2009        By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)